JOSEPH GUTTERMAN, Appellant, *v.* JAMES AUERBACH, as Marshal of the City of New York, et al., Respondents.

(Argued March 13, 1935; decided April 16, 1935.)

*Abraham Males* for appellant.

*Maurice Kozinn, Rubin Chesler, Nathan A. Epstein* and *Nathaniel Kozinn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.